IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAROLYN D. WASHINGTON,

    Plaintiff,

v.                                                      CASE NO.  4:04cv209-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER OF AFFIRMANCE

This matter is before the court on the magistrate judge's report and recommendation (document 21), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The Commissioner's decision denying plaintiff's application for disability benefits is AFFIRMED.  The clerk shall enter judgment accordingly and close the file.

SO ORDERED this 8th day of July, 2005.

                                                                s/Robert L. Hinkle
                                                                 Chief United States District Judge